**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PATRICK B. MURRAY, MARK S.** | ) | |
| **PEERS, MICHAEL J. GAROFALO** | ) | |
| **and DAVID A. NELSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Nos.:   06 C 1372; 06 C 3735;** |
| | ) | **06  C 3674 and 06 C 3675** |
| | ) | |
| **v.** | ) | **Judge William T.  Hart** |
| | ) | |
| **VILLAGE OF HAZEL CREST;** | ) | **Magistrate Judge Morton Denlow** |
| **ROBERT B. DONALDSON,** | ) | |
| **GARY A. JONES, and ROBERT L.** | ) | **JURY DEMAND** |
| **PALMER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that I shall appear on August 22, 2007 at the hour of 11:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable William T. Hart, or any judge sitting in his stead, in the courtroom normally occupied by him, Room 2243, in the courthouse located at 219 S. Dearborn St., Chicago, IL 60604 and then and there present Plaintiff's Agreed Motion To Extend The Time For Written Discovery, a true and correct copy of which is attached hereto.

/s/ Patricia K. Rummer
Law Offices of Patricia Rummer
5950E Lincoln Avenue, Suite 300
Lisle, IL 60532
630/852-8393

**SERVICE LIST**

**Murray v. Village of Hazel Crest et al., 06 C 1372**
**Nelson v. Village of Hazel Crest et al., 06 C 3675**
**Peers v. Village of Hazel Crest et al., 06 C 3735**

*Counsel for Village of Hazel Crest, Robert B. Donaldson, Gary A. Jones and Robert L. Palmer, Defendants:*

Thomas R. Weiler
Norton, Mancini, & Weiler
111 W. Washington, Suite 835
Chicago, IL 60602
312/807-4999

John Murphey
Rosenthal Murphey & Coblentz
30 N. LaSalle St., Suite 1624
Chicago, IL 60602
312/541-1070

*Counsel for Patrick B. Murray (Case No. 06 C 1372):*

Richard J. Reimer
Richard J. Reimer  Associates, L.L.C.
15 Spinning Wheel Road, Suite 310
Hinsdale,  IL 60521
630/654-9547

*Counsel for  David A. Nelson (Case No. 06 3675):*

Mitchell A. Kline
Law Office of Mitchell A. Kline
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
312/558-1454

*Counsel for Mark S. Peers (Case No. 06 C 3735):*

Richard A. Lowell
Law Offices of Richard Lowell
1045 Burlington Avenue
Lisle, IL 60532
630/493-9700

Nicola S. Tancredi
Law Offices of Nicola S. Tancredi
Two North Trans Am Plaza, Dr., Suite 250
Oakbrook Terrace, Il 60181
630/530-0567